UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-CV-23599-DPG

ROBERTO HALLEY,

    Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY,
A Foreign Profit Corporation,

    Defendant.

_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

THE PARTIES, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

| **By:** *s/ Peter M. Hoogerwoerd* | By: *s/ Dori K. Stibolt* |
|---|---|
| Peter M. Hoogerwoerd<br>pmh@rgpattorneys.com;<br>Florida Bar No: 188239<br>cbg@rgpattorneys.com.<br>Cristobal Bobadilla-Gamboa, Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel: 305/416-5000<br>Fax: 305/416-5005<br><br>*Attorney for Plaintiff, Roberto Halley* | Dori K. Stibolt<br>dstibolt@foxrothschild.com<br>Florida Bar No: 183611<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel: 561-835-9600<br>Fax: 561-835-9602<br><br>*Attorney for Defendant, First-Citizens Bank & Trust Company* |

135030032

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Dori K. Stibolt
Dori K. Stibolt

## SERVICE LIST

*United States District Court*
*Southern District of Florida*
Case No. 1:21-CV-23599-DPG

| Peter M. Hoogerwoerd<br>pmh@rgpattorneys.com;<br>cbg@rgpattorneys.com.<br>Cristobal Bobadilla-Gamboa, Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel:  305/416-5000<br>Fax: 305/416-5005<br><br>*Attorney for Plaintiff, Roberto Halley* | Dori K. Stibolt<br>dstibolt@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel:  561-835-9600<br>Fax:  561-835-9602<br><br>*Attorney for Defendant, First-Citizens Bank & Trust Company* |

135030032